UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Ekim Kaya,**

      Plaintiff,                        Case No. 25-12541
                                              Hon. Terrence G. Berg

v.

**See Inc,**

      Defendant,

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal, ECF No. 13, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2026